# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Petition for Arrest Warrant for Offender Under Supervision**

**FILED**
NOV 23 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| Shawn Allen Shields | 0971 4:12CR00495-024 SBA |

**Name of Sentencing Judge:** The Honorable Saundra Brown Armstrong
Senior United States District Judge

**Date of Original Sentence:** November 28, 2012

**Original Offense**
Count Twenty-Three: Possession with Intent to Distribute and Distribution of Heroin Within 1,000 Feet of a School, 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 860, a Class B Felony.

**Original Sentence:** 21 months custody; 72 months supervised release
**Special Conditions:** Special assessment $100.00; alcohol treatment; drug treatment; no alcohol; search; register as a drug offender pursuant to state law; no contact with co-defendant; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; no contact with any member of the Burn Out Family Mafia gang; no contact with any witness in this case; shall not be within 300 yards of East Oakland locations, 82nd Avenue and Birch Street, 72nd Avenue and Hawley Street, 88th Avenue and A Street; 20 hours of community service if not enrolled in school or vocational program.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | March 28, 2014 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Unassigned | Galia Amram Phillips/AFPD |

**Petitioning the Court for the issuance of a no bail warrant for the offender's arrest.**

I, Mark Unalp, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by

NDC-SUPV-FORM 12C(1) 03/26/2014

1045K

RE:   Shields, Shawn Allen                                                                                                       2
       0971 4:12CR00495-024 SBA

employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition that he shall not commit another Federal, state or local crime. |

> On November 15, 2015, in the City of Vallejo, CA, the offender attempted to procure a person for the purpose of prostitution in violation of California Penal Code 266i(b) – Pandering.
>
> According to the Vallejo Police report, on November 12, 2015, an undercover police officer sent a "Friend Request" on Facebook to the offender on the officer's false work Facebook profile page. The offender replied and during their Facebook conversations, the officer used language which indicated he was a 17 year old prostitute. During one online conversation, the officer stated that he made $120 per hour for "straight sex." Shields stated the officer could make $200 per hour in Oakland.
>
> The officer and Shields agreed to meet in Vallejo on November 15, 2015. Shields was arrested when he arrived. Shields was advised of his Miranda rights and admitted he had been messaging the officer and that the phone belonged to him. Shields gave the officer his consent to search the phone and the officer opened his Facebook application and located their conversation.
>
> Evidence to support this charge is contained in the Vallejo Police Department arrest report (number 15-14319).

Based on the foregoing, there is probable cause to believe that Shawn Allen Shields violated the conditions of his supervised release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                                           Reviewed by:

*Mark Unalp* (signature)                                          *Sonia Lapizco* (signature)

———————————————                                    ———————————————
Mark Unalp                                                              Sonia Lapizco
U.S. Probation Officer                                              Supervisory U.S. Probation Officer
Date Signed: November 20, 2015

**RE:** Shields, Shawn Allen  3
0971 4:12CR00495-024 SBA

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:

11/23/2015
Date

*Saundra B Armstrong*
Saundra Brown Armstrong
Senior United States District Judge

RE: Shields, Shawn Allen             4
0971 4:12CR00495-024 SBA

APPENDIX

Grade of Violations: B

Criminal History at time of sentencing: IV

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three years | 12 – 18 months |
| | 18 U.S.C. § 3583(e)(3) | USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Life | Life |
| | 21 U.S.C. §841(b)(1)(C) | USSG §7B1.3(g), p.s. |
| **Probation:** | Not applicable | Not applicable |