<span style="color:red">CLOSED</span>

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-00180-CKD-1

| | |
|---|---|
| Case title: USA v. Shields | Date Filed: 09/19/2018 |
| Other court case number: 4:12-cr-00495-024-SB Northern District of California | Date Terminated: 09/19/2018 |

Assigned to: Magistrate Judge Carolyn K. Delaney

**Defendant (1)**

**Shawn Allen Shields**  represented by  **Rachelle Barbour**
*TERMINATED: 09/19/2018*      Office of the Federal Defender
                              801 I Street, 3rd Floor
                              Sacramento, CA 95814
                              916-498-5700
                              Fax: 916-498-5710
                              Email: rachelle_barbour@fd.org
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*
                              *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) | |

<span style="color:red">CLOSED</span>

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Samuel Wong , GOVT**<br>United States Attorney's Office<br>501 I Street<br>Suite 10-100<br>Sacramento, CA 95814<br>916-554-2772<br>Fax: 916-554-2900<br>Email: samuel.wong@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2018 | | RULE 5(c)(3) ARREST from Northern District of California. Case 4:12-cr-00495-024-SBA as to Shawn Allen Shields (1). (Streeter, J) (Entered: 09/19/2018) |
| 09/19/2018 | 1 | MINUTES (Text Only) for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Shawn Allen Shields held before Magistrate Judge Carolyn K. Delaney on 9/19/2018. FD, Rachelle Barbour, APPOINTED for the defendant. The Court advised the defendant of his rights and the pending charges/penalties. The defendant waived an identity hearing, without prejudice, here in Eastern District of California, to be addressed in the Northern District of California, and requested removal. Defense submitted on the Government's motion for detention and the Court ORDERED the defendant detained and transported to the Northern District of California. Government Counsel: Samuel Wong present. Defense Counsel: Rachelle Barbour present. Custody Status: In Custody. Court Reporter/CD Number: ECRO. (Streeter, J) (Entered: 09/19/2018) |
| 09/19/2018 | 2 | DETENTION ORDER signed by Magistrate Judge Carolyn K. Delaney on 9/19/2018 as to Shawn Allen Shields. (York, M) (Entered: 09/20/2018) |
| 09/19/2018 | 3 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Carolyn K. Delaney on 9/19/2018 as to Shawn Allen Shields. Defendant committed to USDC, Northern District of California (Oakland). (York, M) (Entered: 09/20/2018) |
| 09/20/2018 | 4 | TRANSMITTAL of DOCUMENTS re 3 Commitment to Another District on *9/19/2018* to * Clerk, USDC, Northern District of California* *Ronald V. Dellums Federal Building & United States Courthouse* *1301 Clay Street* *Oakland, CA 94612*.<br>*Electronic Documents: 1 to 3 *. (York, M) (Entered: 09/20/2018) |

**PACER Service Center**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 09/25/2018 10:22:32 | | | |
| **PACER Login:** | 2_Eureeka:4153766:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-mj-00180-CKD |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |